# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
KIM, HONG JIN § Case No. 07-17576
JANG, YOON HEE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/29/2011 in Courtroom B,
Park City Branch Court
301 Greenleaf
Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                     Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
KIM, HONG JIN § Case No. 07-17576
JANG, YOON HEE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,999.17 |
| and approved disbursements of | $ | 14.05 |
| leaving a balance on hand of[1] | $ | 6,985.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,449.93 | $ 0.00 | $ 1,449.93 |
| Trustee Expenses: JOSEPH E. COHEN | $ 16.70 | $ 0.00 | $ 16.70 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.42 | $ 3.42 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   1,466.63
Remaining Balance   $   5,515.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,516.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 5,270.87 | $ 0.00 | $ 1,351.04 |
| 000002 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 159.46 | $ 0.00 | $ 40.87 |
| 000003 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,584.12 | $ 0.00 | $ 406.05 |
| 000004 | American Express Travel Related Services Co, Inc<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 4,046.74 | $ 0.00 | $ 1,037.27 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 930.75 | $ 0.00 | $ 238.57 |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 1,964.11 | $ 0.00 | $ 503.45 |
| 000007 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 7,560.51 | $ 0.00 | $ 1,937.93 |

Total to be paid to timely general unsecured creditors           $           5,515.18

Remaining Balance                                                $              0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                                TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                      Case No. 07-17576-ABG
Hong Jin Kim                                                Chapter 7
Yoon Hee Jang
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: dpruitt              Page 1 of 2              Date Rcvd: Apr 04, 2011
                             Form ID: pdf006            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db          +Hong Jin Kim,    923 Ann Arbor,    Unit 24-5,    Vernon Hills, IL 60061-3425
jdb         +Yoon Hee Jang,    923 Ann Arbor,    Unit 24-5,    Vernon Hills, IL 60061-3425
aty         +Jane H Park,    Mirae Law LLC,    1701 Golf Road Suite 1-1106,    Rolling Meadows, IL 60008-4234
aty         +Jane H Park,    Mirae Law LLC,    2800 S river Road Suite 170,    Des Plaines, IL 60018-6012
tr          +Joseph E Cohen,    Tr.,   Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
11636816     American Express Card,    Box 0001,    LA, CA 90096
13594889     American Express Travel Related Services Co, Inc,     c o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
11636817    +Bank of America,    PO Box 17309,    Baltimore, MD 21297-1309
11636814    +Capital ONe Master,    PO Box 60024,    City of Industry, CA 91716-0024
11636828    +Capital One,    PO box 60024,    City of Industry, CA 91716-0024
11636830    +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13785024     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11636821    +Chase Master,    PO Box 15153,    Wilmington, DE 19886-5153
11670788    +DCFS USA LLC,    c/o Riezman Berger, PC,    7700 Bonhomme Ave., 7th Floor,
              St. Louis, MO 63105-1960
11636818    +Dish Network,    Dept 0063,    Palatine, IL 60055-0001
11636826    +Dr. Donald Hoffman,    1160 Park Avenue West,    Highland Park, IL 60035-2230
11636811    +Mercedes Benz Financial,    PO Box 9001680,    Lousiville, KY 40290-1680
11636825    +Micky Han,    4216 W Thorndale Ave,    Chicago, IL 60646-6000
11636823    +North Shore Gas,    PO Box A3991,    Chicago, IL 60690-3991
11636827    +Northshore Agency,    PO Box 8901,    West Bury, NY 11590-8901
11636822    +Royal Phone,    750 W Lake Cook Rd 110,    Buffalo Grove, IL 60089-2092
13518751     State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11636815    +State Farm Bank,    PO Box 23025,    Columbus, GA 31902-3025
11636829    +The Children's Palace Plan,    Processing Center,    Des Moines, IA 50364-0001
11636824    +Young Kang,    3747 Salem Walk #B-G,    North Brook, IL 60062-8563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13697446     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2011 00:18:08
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
13560133     E-mail/Text: resurgentbknotifications@resurgent.com Apr 04 2011 22:49:33
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11635843      Chase Home Finance LLC
11636812      City of North Chicago
11636819      ComEd
11636820      Comcast
11635842      Deutsche Bank,   National Trust Company
11635844      Harrison Bank,   Morton Grove
11636813    ##+Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
                                                                                   TOTALS: 6, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2                Date Rcvd: Apr 04, 2011
                              Form ID: pdf006            Total Noticed: 27

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**          **Signature:**   _Joseph Speetjens_