# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KIM, HONG JIN | § | Case No. 07-17576 |
| JANG, YOON HEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                  Claims Discharged
                                                   Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000007 | CHASE BANK USA NA | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000001 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-17576   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KIM, HONG JIN | Date Filed (f) or Converted (c): | 09/26/07 (f) |
| | JANG, YOON HEE | 341(a) Meeting Date: | 10/29/07 |
| For Period Ending: | 10/12/11 | Claims Bar Date: | 04/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 250,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. REAL ESTATE | 110,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 50.00 | 0.00 | | 0.00 | 0.00 |
| 4. LIFE INSURANCE | 1,778.25 | 0.00 | | 0.00 | 0.00 |
| 5. VEHICLES | 22,000.00 | 12,000.00 | | 6,992.28 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.25 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $383,828.25 | $12,000.00 | | $6,999.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED MOTION FOR TURNOVER OF VEHICLES.  TRUSTEE HAS RECOVERED FUNDS FROM SALE OF VEHICLE BY CREDITOR.
TRUSTEE TO REVIEW CLAIMS.  TRUSTEE PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 10/30/09      Current Projected Date of Final Report (TFR): 02/28/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-17576 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KIM, HONG JIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | JANG, YOON HEE | | Account Number / CD #: | *******7112  BofA - Money Market Account |
| Taxpayer ID No: | *******4076 | | | |
| For Period Ending: | 10/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/08 | 5 | Mercedes Benz Financial | Sale of Vehicle by creditor | 1129-000 | 6,992.28 | | 6,992.28 |
| | | | Sale of Vehicle | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.59 | | 6,992.87 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.87 | | 6,993.74 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.68 | | 6,994.42 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.57 | | 6,994.99 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 6,995.35 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,995.41 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,995.46 |
| 02/28/09 | 000301 | International Sureties, Ltd. | Bond premium | 2300-000 | | 5.74 | 6,989.72 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,989.78 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,989.93 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,990.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,990.28 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,990.46 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,990.64 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,990.81 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,990.98 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,991.16 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,991.34 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,991.52 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,991.68 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.31 | 6,983.37 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,983.55 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,983.72 |

Page Subtotals    6,997.77    14.05

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-17576 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KIM, HONG JIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | JANG, YOON HEE | | Account Number / CD #: | *******7112 BofA - Money Market Account |
| Taxpayer ID No: | *******4076 | | | |
| For Period Ending: | 10/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,983.89 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,984.07 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,984.24 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,984.42 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,984.59 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,984.77 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,984.94 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,985.12 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,985.30 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,985.35 |
| 03/29/11 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.42 | 6,981.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,981.99 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,982.05 |
| 05/04/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 6,982.06 |
| 05/04/11 | | Transfer to Acct #*******1825 | Final Posting Transfer | 9999-000 | | 6,982.06 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 6,999.53 | 6,999.53 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 6,982.06 | |
| | Subtotal | | 6,999.53 | 17.47 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 6,999.53 | 17.47 | |

Page Subtotals     1.76     6,985.48

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-17576 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, HONG JIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | JANG, YOON HEE | | Account Number / CD #: | *******1825  BofA - Checking Account |
| Taxpayer ID No: | *******4076 | | | |
| For Period Ending: | 10/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/11 | | Transfer from Acct #*******7112 | Transfer In From MMA Account | 9999-000 | 6,982.06 | | 6,982.06 |
| 05/10/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,449.93 | 5,532.13 |
| 05/10/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 16.70 | 5,515.43 |
| 05/10/11 | 003003 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000001, Payment 25.63334% | 7100-000 | | 1,351.10 | 4,164.33 |
| 05/10/11 | 003004 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 25.63652% | 7100-000 | | 40.88 | 4,123.45 |
| 05/10/11 | 003005 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 25.63316% | 7100-000 | | 406.06 | 3,717.39 |
| 05/10/11 | 003006 | American Express Travel Related Services Co, Inc<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 25.63347% | 7100-000 | | 1,037.32 | 2,680.07 |
| 05/10/11 | 003007 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Claim 000005, Payment 25.63309% | 7100-000 | | 238.58 | 2,441.49 |
| | | | Page Subtotals | | 6,982.06 | 4,540.57 | |

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-17576 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KIM, HONG JIN | Bank Name: | BANK OF AMERICA, N.A. |
| | JANG, YOON HEE | Account Number / CD #: | *******1825  BofA - Checking Account |
| Taxpayer ID No: | *******4076 | | |
| For Period Ending: | 10/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/10/11 | 003008 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 25.63349% | 7100-000 | | 503.47 | 1,938.02 |
| 05/10/11 | 003009 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 25.63346% | 7100-000 | | 1,938.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,982.06 | 6,982.06 | 0.00 |
| Less: Bank Transfers/CD's | 6,982.06 | 0.00 | |
| Subtotal | 0.00 | 6,982.06 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,982.06 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********7112 | 6,999.53 | 17.47 | 0.00 |
| BofA - Checking Account - ********1825 | 0.00 | 6,982.06 | 0.00 |
| | 6,999.53 | 6,999.53 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,441.49

Ver: 16.02b